1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Darren Gilbert
6
   CORT V. WIEGAND, SBN 073739
7  Law Office of Cort V. Wiegand
   1207 13th Street, Suite 5
8  Modesto, California 95354
   Telephone: (209) 524-0937
9  Facsimile: (209) 524-4109
   wiegandlaw@aol.com
10
   Attorney for Defendants,
11 CBS Enterprise, Inc. and Stanley Michael Martin, Successor Trustee of the Jewel A. Martin 1994
   Trust, dated February 16, 1994
12
                           **UNITED STATES DISTRICT COURT**
13
                           **EASTERN DISTRICT OF CALIFORNIA**
14

15 | DARREN GILBERT,              | ) | No. 1:21-cv-01620-AWI-SKO |
16 |     Plaintiff,               | ) | **STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER** |
17 |     v.                       | ) | |
18 | CBS ENTERPRISE, INC., et al.,| ) | (Doc. 16) |
19 |     Defendants.              | ) | |

23  **WHEREAS,** the Mandatory Scheduling Conference in this matter was continued once
24  previously by the Court and is currently scheduled for May 12, 2022 at 9:30 a.m. (see Dkt. 15);
25  **NOW THEREFORE,** Plaintiff Darren Gilbert ("Plaintiff") and Defendants CBS
26  Enterprise, Inc. and Stanley Michael Martin, Successor Trustee of the Jewel A. Martin 1994 Trust,
27  dated February 16, 1994 (collectively "Defendants," and together with Plaintiff, "the Parties"),
28  through their counsel of record, hereby stipulate as follows:

1. The Parties have been actively engaging in settlement discussions and Defendants have retained a Certified Access Specialist to inspect the subject property to facilitate a settlement, but are still awaiting receipt of his findings.

2. Once those findings are received, the Parties will promptly resume settlement discussions and are optimistic that the matter can be resolved informally.

3. Meanwhile, the Parties wish to conserve the Court's resources and counsel's time that would be spent preparing for and attending the Mandatory Scheduling Conference, as this will also help to facilitate settlement of the matter.

4. The Parties therefore stipulate that the Mandatory Scheduling Conference be continued to a date on or after July 14, 2022, at the Court's convenience.

**IT IS SO STIPULATED.**

Dated: April 28, 2022                               MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Darren Gilbert

Dated: April 28, 2022                               LAW OFFICE OF CORT V. WIEGAND

*/s/ Cort V. Wiegand*
Cort V. Wiegand
Attorney for Defendants
CBS Enterprise, Inc. and Stanley Michael Martin, Successor Trustee of the Jewel A. Martin 1994 Trust, dated February 16, 1994

# **ORDER**

Pursuant to the parties' foregoing stipulation (Doc. 16), and for good cause shown,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference, currently set for May 12, 2022, is continued to July 14, 2022, at 10:00 a.m., before Magistrate Judge Sheila K. Oberto.  By no later than July 7, 2022, the parties shall jointly file either a notice of settlement or an updated scheduling conference report apprising the Court on the progress of their settlement discussions.

IT IS SO ORDERED.

Dated:   **May 2, 2022**                         /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE